UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS TERRILL FOSTER,

    Petitioner,

v.                                                     CASE NO. 6:07-cv-552-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 23, filed April 10, 2009) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Request for a Certificate of Appealability (Doc. No. 22, filed April 10, 2009) is **DENIED** as moot. This Court previously construed Petitioner's Motion for Extension of Time to File an Application for Certificate of Appealability as a Notice of Appeal and Application for Certificate of Appealability and denied the application pursuant to 28 U.S.C. § 2253(c)(2). *See* Doc. No. 20. Petitioner has failed to make a substantial

showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of April 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 4/16
Counsel of Record
Thomas Terrill Foster